# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Cellular telephone, computers/CPU's, and electronic media currently located in the USSS evidence vault located at 1200 Grand Avenue, Suite 1150, Kansas City, Missouri | ) ) ) ) ) ) Case No. 19-SW-00077-JTM |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference).

located in the __Western__ District of __Missouri__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 471 | Manufacturing Counterfeit Obligations or Securities |
| 18 U.S.C. 472 | Uttering Counterfeit Obligations or Securities |

The application is based on these facts:

See Affidavit.

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Virgil D. Reichle, Jr., Special Agent, U.S. Secret Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/07/2019

*Judge's signature*

City and state: Kansas City, Missouri    John T. Maughmer, U.S. Magistrate Court Judge
*Printed name and title*